| | |
|---|---|
| **JENNER & BLOCK LLP** | **ASIAN AMERICANS** |
| Amy M. Gallegos (SBN 211379) | **ADVANCING JUSTICE** |
| agallegos@jenner.com | Laboni A. Hoq (SBN 224140) |
| Christopher S. Lindsay (SBN 280525) | lhoq@advancingjustice-la.org |
| clindsay@jenner.com | Christopher M. Lapinig (SBN 802525) |
| Christina A. Aryafar (SBN 288067) | clapinig@advancingjustice-la.org |
| caryafar@jenner.com | 1145 Wilshire Blvd. |
| Michelle Peleg (SBN 318607) | Los Angeles, CA 90017 |
| mpeleg@jenner.com | Telephone: (213) 977-7500 |
| 633 West 5th Street, Suite 3600 | Facsimile: (213) 977-7595 |
| Los Angeles, CA 90071 | |
| Telephone: (213) 239-5100 | |
| Facsimile: (213) 239-5199 | |

*Attorneys for Plaintiff*
Edelynne Bergado

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDELYNNE BERGADO, | Case No. 2:17-cv-09070-JVS-JC |
| Plaintiff, | **JOINT STIPULATION FOR COURT APPROVAL OF SETTLEMENT AGREEMENT, FOR DISMISSAL WITH PREJUDICE, AND FOR RETENTION OF JURISDICTION TO ENTER ONE OF TWO STIPULATED JUDGMENTS** |
| v. | |
| MARLON VELONZA, et al., | |
| Defendants. | |
| | Judge: Hon. James V. Selna |

JOINT STIPULATION

Plaintiff Edelynne Bergado and Defendants (collectively, the "Parties"), having resolved this matter through settlement, agree that the Court should dismiss this action, subject to the conditions listed below:

WHEREAS, the Parties participated in a Settlement Conference before Magistrate Judge Jacqueline Chooljian on September 12, 2018 (Dkt. Nos. 43, 44);

WHEREAS, after the Settlement Conference, the Parties engaged in serious settlement discussions over the following months;

WHEREAS, the Parties agree that there is a *bona fide* and good faith dispute as to the allegations of the Plaintiff's operative First Amended Complaint (Dkt. No. 22), including, without limitation, whether there are any wages, moneys or anything else owed to Plaintiff pursuant to the Fair Labor Standards Act and/or California Labor Code and/or any federal and/or state regulations promulgated thereunder;

WHEREAS, Defendants have vigorously denied that Plaintiff, at any time, was an employee of any of the Defendants;

WHEREAS, Defendants emphatically deny that Plaintiff worked more than 40 hours per week, and believe that she was fully compensated at the applicable minimum wage and any regulations promulgated thereunder for any services provided;

WHEREAS, the Parties agree that there is uncertainty as to the prospects for trial, and believe that settlement is in all of their individual interests;

WHEREAS, all of the Parties are represented by experienced counsel;

WHEREAS, the Settlement Agreement attached to this Stipulation as Exhibit A is the product of extensive negotiations between the Parties;

THEREFORE, the Parties respectfully request that this Court enter the attached Proposed Order approving their Settlement Agreement as fair and reasonable resolution of a *bona fide* and good faith dispute, dismissing this case, with prejudice, and expressly retaining jurisdiction to enforce the Settlement

Agreement, *see Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), and to enter either the Proposed Judgment attached as Exhibit B to this Stipulation in the event that Defendants perform under the Settlement Agreement, or the Proposed Judgment attached as Exhibit C to this Stipulation in the event that Defendants do not perform under the Settlement Agreement.

Dated: February 26, 2019           Respectfully submitted,

/s/ Amy M. Gallegos
Amy M. Gallegos

*Attorneys for Plaintiff*

Dated: February 26, 2019           Respectfully submitted,

/s/ Maxim Vaynerov
Maxim Vaynerov

*Attorneys for Defendants*

## **ATTESTATION OF FILER**

Pursuant to Local Rule 5-4.3.4, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 26, 2019           /s/ Amy M. Gallegos
Amy M. Gallegos

Attorneys for Plaintiff
Edelynne Bergado