# Exhibit B

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDELYNNE BERGADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARLON VELONZA, et al.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-09070-JVS-JC<br><br>**[PROPOSED] JUDGMENT**<br><br>Judge: Hon. James V. Selna |

# [PROPOSED] JUDGMENT

Having been informed that Defendants have performed under the Parties' Settlement Agreement, IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff take nothing, the action and all of Plaintiff's claims and causes of action are DISMISSED WITH PREJUDICE, and each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: _____, 2019        _____
                                     Honorable James V. Selna
                                     United States District Judge