# Exhibit C

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDELYNNE BERGADO,<br><br>  Plaintiff,<br><br>  v.<br><br>MARLON VELONZA, et al.,<br><br>  Defendants. | Case No. 2:17-cv-09070-JVS-JC<br><br>**[PROPOSED] JUDGMENT**<br><br>Judge: Hon. James V. Selna |

**[PROPOSED] JUDGMENT**

Having been informed that Defendants have not performed under the Parties' Settlement Agreement, IT IS ORDERED, ADJUDGED, and DECREED that:

1. The Court enters judgment in favor of Plaintiff and against Defendants Marlon Velonza and Nelie Ann Velonza in the amount of $100,000.00;
2. Plaintiff will take nothing against the remaining Defendants in the action;
3. The action and all of Plaintiff's claims and causes of action are DISMISSED WITH PREJUDICE, and each party to bear its own costs and attorneys' fees;

IT IS SO ORDERED.

Dated: _____, 2019          _____
                                     Honorable James V. Selna
                                     United States District Judge