1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

9
10
11

| | |
|---|---|
| EDELYNNE BERGADO,<br><br>  Plaintiff,<br><br>   v.<br><br>MARLON VELONZA, et al.,<br><br>  Defendants. | Case No. 2:17-cv-09070-JVS-JC<br><br>**[PROPOSED] ORDER APPROVING THE SETTLEMENT AGREEMENT, DISMISSING THE ACTION WITH PREJUDICE, AND RETAINING JURISDICTION TO ENTER ONE OF TWO STIPULATED JUDGMENTS**<br><br>Judge: Hon. James V. Selna |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Having reviewed the Joint Stipulation for Court Approval of Settlement Agreement, for Dismissal With Prejudice, and for Retention of Jurisdiction to Enter One of Two Stipulated Judgments ("Stipulation") filed by the parties to this action, and considering the terms of dismissal proper, IT IS HEREBY ORDERED:

1. The Settlement Agreement executed by the Parties is approved as a fair and reasonable resolution of a *bona fide* and good faith dispute.

2. This Court expressly retains jurisdiction for the purpose of enforcing the terms of the Settlement Agreement attached as Exhibit A to the Parties' Stipulation, and incorporated into this Order by reference as though fully set forth herein.

3. Within six months of this Order, the Parties are directed to file a joint report informing the Court as to whether Defendants have performed under the Settlement Agreement, and therefore whether the Court should enter the proposed judgment attached as Exhibit B to the Stipulation or the proposed judgment attached as Exhibit C to the Stipulation.

4. Otherwise, this action is DISMISSED with prejudice, with the Parties' bearing their own respective costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February ___, 2019        _____
                                 Honorable James V. Selna
                                 United States District Judge