UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDELYNNE BERGADO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARLON VELONZA, et al.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-09070-JVS-JC<br>**JUDGMENT**<br>Judge: Hon. James V. Selna |

UDGMENT

# JUDGMENT

Having been informed that Defendants have performed under the Parties' Settlement Agreement, the Court DISMISSES all claims with prejudice, each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: September 24, 2019

_____
Honorable James V. Selna
United States District Judge